UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re                                §
                                     §  Case No. 23-42910-169
　Paige Elizabeth Baker,              §
                                     §  Chapter 13
                           Debtor.   §

## ORDER OF TRANSFER

Upon careful review of the record in this case, it is

**ORDERED** that the Clerk of the Court is directed to take the necessary steps to transfer this Chapter 13 bankruptcy proceeding to another judge of this Court.

DATED: September 19, 2023  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
Chief United States Bankruptcy Judge

Copy mailed to:

**Paige Elizabeth Baker**
1007 Haw Street - Apt A
Farmington, MO 63640
**Debtor**

**James R Joyce**
Maynard & Joyce, LLC
920 E. Main - PO Box 405
Park Hills, MO 63601
**Debtor's Attorney**

**American Honda Finance Corporation**
P.O. Box 168088
Irving, TX 75016-8088
**Creditor**

**Michael P. Gaughan**
10484 Marty Street
Overland Park, KS 66212
**Creditor's Attorney**

**Diana S. Daugherty**
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143
**Chapter 13 Trustee**

**U.S. Trustee**
Office of the US Trustee
111 S. Tenth St, Ste 6.353
Saint Louis, MO 63102